FILED

08/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0332

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 23-0332

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

DAVID ANDREW BOUCHER,

   Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 10, 2024, within which to prepare, file, and serve the Appellant's Reply Brief.

No further extension will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 27 2024